UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA STATE PRISON-SACRAMENTO; et al.,<br><br>    Defendants.<br>    _____/ | No. C 08-5297 SI (pr)<br><br>**ORDER OF TRANSFER** |

     Leonard Scott filed this civil action for a writ of mandamus, complaining of acts and omissions that occurred at the Mule Creek State Prison in Ione, California. Ione is in Amador County, within the venue of the Eastern District of California. The defendants are employees of the prison and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

     IT IS SO ORDERED.

Dated: December 18, 2008

                                                           SUSAN ILLSTON
                                                           United States District Judge